IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES HOUSER, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 22-552 |
| | ) |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Patricia L. Dodge |
| JULIEANE SWAIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 8, 2022, the Magistrate Judge issued a Report (Doc. 9) recommending that this case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Service of the Report and Recommendation ("R&R") was made on Plaintiff, and no objections have been filed.[1]

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B), and the Magistrate Judge's R&R (Doc. 9) is adopted as the Opinion of the District Court.

---

[1] The Magistrate Judge served the R&R on Plaintiff both at his address of record, and at a forwarding-address "obtained from Adult Probation in Beaver County." *See* Staff Note in ECF, dated June 8, 2022.

2

IT IS SO ORDERED.

July 1, 2022                                    s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via First-Class U.S. Mail):

John Charles Houser
21-00820
Beaver County Jail
6000 Woodlawn Road
Aliquippa, PA  15001

John Charles Houser
472 East Washington St.
Rochester, PA  15074